**HONORABLE JAMES L. ROBART**

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON, AT SEATTLE**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE,<br><br>Plaintiffs,<br><br>vs.<br><br>WAYNE POWELL PAINTING, INC., a Washington profit corporation; and DAVID ALAN PETROSKE, an individual,<br><br>Defendants. | Case No. 2:25-cv-02391-JLR<br><br>**(~~Proposed~~)**<br>**ORDER FOR DEFAULT JUDGMENT** |

Plaintiffs, The Board of Trustees of The Employee Painters' Trust, *et al.* (collectively "Plaintiffs" or "Trusts"), by and through their counsel of record, Christensen James & Martin, have moved the Court for Default Judgment to be entered in favor of Plaintiffs and against Defendants WAYNE POWELL PAINTING, INC. and DAVID ALAN PETROSKE, jointly and severally.

Having reviewed the Motion for Default Judgment, Declarations, and supporting exhibits, and with good cause appearing, this Court enters the following order:



CHRISTENSEN JAMES & MARTIN, CHTD.
7440 W. Sahara Ave., Las Vegas, NV 89117
(702) 255-1718 / wes@cjmlv.com
*Counsel for the Plaintiff*

**NOW, THEREFORE**, pursuant to FRCP 55(b),

**IT IS HEREBY ORDERED** that Plaintiff be awarded a Default Judgment against WAYNE POWELL PAINTING, INC. and DAVID ALAN PETROSKE, jointly and severally, for the following amounts due:

| | |
|---|---|
| Contributions: | $ 17,121.85 |
| Interest: | $ 183.21 |
| Liquidated Damages: | $ 2,175.20 |
| Attorney's Fees | $ 5,795.70 |
| Costs: | $ 1,113.20 |
| **Total** | **$ 26,389.16** |

**IT IS HEREBY FURTHER ORDERED** that upon entry of judgment, the Plaintiffs are entitled to post-judgment interest at the highest rate allowed by law.

**IT IS HEREBY FURTHER ORDERED** that the Clerk of the Court shall enter judgment consistent with this Order.

**IT IS SO ORDERED.**

Dated: September 8, 2026.

JAMES L. ROBART
United States District Court Judge

Presented by:

CHRISTENSEN JAMES & MARTIN, CHTD.

By: */s/ Wesley J. Smith*
Wesley J. Smith, Esq.
WSBA #51934
7440 W. Sahara Ave., Las Vegas, NV 89117
P. (702) 255-1718/F. (702) 255-0871
wes@cjmlv.com